JORDAN ETH (BAR NO. 121617)
JEth@mofo.com
JUDSON E. LOBDELL (BAR NO. 146041)
JLobdell@mofo.com
MORRISON & FOERSTER LLP
425 Market Street San Francisco, California 94105-2482
Telephone: 415.268.7000
Facsimile: 415.268.7522

Attorneys for Defendants
PAMELA G. MARRONE, ELIN MILLER, DR. PAMELA CONTAG, TIM FOGARTY, SHAUGN STANLEY, GEORGE H. KERCKHOVE, LES LYMAN, and RICH ROMINGER, and MARRONE BIO INNOVATIONS, INC.,

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GRANT SPENCER, Derivatively and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>PAMELA G. MARRONE, ELIN MILLER, DR. PAMELA CONTAG, TIM FOGARTY, SHAUGN STANLEY, GEORGE H. KERCKHOVE, LES LYMAN, and RICH ROMINGER,<br><br>Defendants,<br><br>-and-<br><br>MARRONE BIO INNOVATIONS, INC.,<br><br>Nominal Defendant. | Case No. 2:14-CV-02779<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER TEMPORARILY DEFERRING PROSECUTION OF DERIVATIVE ACTION**<br><br>**Judge:**   Hon. John A. Mendez<br>**Date Filed:** Nov. 25, 2014<br>**Trial Date:** None Set |

JOINT STIPULATION AND [PROPOSED] ORDER TEMPORARILY DEFERRING PROSECUTION OF
DERIVATIVE ACTION

sf-3488822

1  WHEREAS, on November 25, 2014, plaintiff Grant Spencer ("Plaintiff") initiated this shareholder derivative action on behalf of nominal defendant Marrone Bio Innovations, Inc. ("Marrone Bio") and against certain current and former officers and directors of Marrone Bio (collectively, the "Defendants");

WHEREAS, this action involves some of the same parties and factual allegations as multiple putative class actions that were recently filed in this district: (i) *Martinelli v. Marrone Bio Innovations, Inc., et al.*, 2:14-cv-02055-MCE-KJN (filed September 5, 2014); (ii) *Sausman v. Marrone Bio Innovations, Inc., et al.*, 2:14-cv-02072-MCE-KJN (filed September 8, 2014); (iii) *Chen v. Marrone Bio Innovations, Inc.*, *et al.*, 2:14-cv-02105- MCE-KJN (filed September 11, 2014); (iv) *Oldham v. Marrone Bio Innovations, Inc., et al.*, 2:14-cv-02130-MCE-KJN (filed September 15, 2014); and (v) *Special Situations Fund III QP, L.P., et al. v. Marrone Bio Innovations, Inc., et al.*, 2:14-cv-02571- MCE-KJN (filed November 3, 2014) (collectively, the "Securities Class Actions");

WHEREAS, the Securities Class Actions are subject to the requirements of the Private Securities Litigation Reform Act of 1995, which provides that a lead plaintiff shall be appointed;

WHEREAS, a hearing on competing motions for the appointment of a lead plaintiff is currently scheduled for January 22, 2015;

WHEREAS, following the appointment of a lead plaintiff the Defendants plan to file a motion to dismiss the Securities Class Actions;

WHEREAS, on September 9, 2014, a shareholder derivative action on behalf of nominal defendant Marrone Bio and against certain current and former officers and directors of Marrone Bio titled *Larry Mandelberg v. Pamela G. Marrone, et al.*, No. CV 14-1481, was filed in the Superior Court of the State of California, County of Yolo.

WHEREAS, on October 28, 2014, the Honorable Timothy L. Fall entered an order temporarily deferring prosecution of the *Mandelberg* derivative action until such time as: (a) the Defendants file an answer to any complaint in the Securities Class Actions; or (b) the

1   Securities Class Actions are dismissed in their entirety with prejudice; or (c) as otherwise
2   ordered by the Court (including a further deferral of these proceedings), whichever occurs first
3   (Order Temporarily Deferring Prosecution of Derivative Action, No. CV 14-1481, October 28,
4   2014);

5   WHEREAS, based upon the circumstances presented, and to avoid the unnecessary
6   expenditure of judicial resources before resolution of the anticipated motion to dismiss the
7   Securities Class Actions, the parties to this action have agreed, subject to this Court's
8   approval, to temporarily defer prosecution, including motions practice and discovery, in this
9   action until such time as the United States District Court has issued an order ruling on the
10  Defendants' motion to dismiss the Securities Class Actions;

11  WHEREAS, the parties agree that, at any time during which the prosecution of this
12  case is deferred pursuant to this Order, any party may file a motion with the Court seeking to
13  modify the terms of the Order, which may be opposed by any other party; and

14  WHEREAS, the parties agree that in entering into this stipulation none of the parties
15  waive any right and the Defendants reserve their asserted rights to seek a further deferral of
16  this proceeding after resolution of the motion to dismiss the Securities Class Actions;

17  WHEREAS, the parties agree that this stipulation is not a consent to litigate in this
18  forum, or a waiver of any defense or objection that Defendants might have.

19  NOW THEREFORE, the undersigned parties, by and through their counsel of record,
20  hereby stipulate as follows:

21  1.   All proceedings and deadlines, including Defendants' response to Plaintiff's
22  complaint, motion practice, and discovery, in *Spencer v. Marrone, et al.*, No. 1:14-at-00880,
23  are hereby deferred until such time as: (a) the Defendants file an answer to any complaint in
24  the Securities Class Actions; or (b) the Securities Class Actions are dismissed in their entirety
25  with prejudice; or (c) as otherwise ordered by the Court (including a further deferral of these
26  proceedings), whichever occurs first.

27  2.   The parties will meet and confer within twenty (20) days following the
28

2
JOINT STIPULATION AND [PROPOSED] ORDER TEMPORARILY DEFERRING PROSECUTION OF
DERIVATIVE ACTION

sf-3488822

1  occurrence of one of the events in the preceding sentence, whichever occurs first to (a) confirm

2  whether the plaintiff will file a new complaint or deem the existing complaint operative; and

3  (b) establish a proposed schedule for further proceedings to submit to the Court for the Court's

4  consideration.

5      3.    At any time during which the prosecution of this action is deferred pursuant to

6  the Order, a party may file a motion with the Court seeking to modify the terms of the Order,

7  which may be opposed by any other party.

8      **IT IS SO STIPULATED.**

9  Dated: December 23, 2014      THE WAGNER FIRM
10     AVI WAGNER

11     By: Avi Wagner as authorized on 12/23/2014
12     AVI WAGNER

13     1925 Century Park East, Suite 2100
    Los Angeles, California 90067
    Telephone: (310) 491-7949
14     Facsimile: (310) 694-3967

15     Attorneys for Plaintiff
16     Grant Spencer

17 Dated: December 23, 2014      MORRISON & FOERSTER LLP
    JUDSON LOBDELL
18

19     By: /s/ *Judson E. Lobdell*
    JUDSON LOBDELL
20

21     425 Market Street
    San Francisco, CA 94105
    Telephone: (415) 268-7000
22     Facsimile: (415) 268-7522

23     Attorneys for Defendants
    PAMELA G. MARRONE, ELIN
24     MILLER, DR. PAMELA CONTAG, TIM
25     FOGARTY, SHAUGN STANLEY,
    GEORGE H. KERCKHOVE, LES
26     LYMAN, and RICH ROMINGER, and
    Nominal Defendant MARRONE BIO
27     INNOVATIONS, INC.

28

3
JOINT STIPULATION AND [PROPOSED] ORDER TEMPORARILY DEFERRING PROSECUTION OF DERIVATIVE ACTION

sf-3488822

# [PROPOSED] ORDER

Pursuant to the stipulation, it is SO ORDERED.

By: _____
THE HON. JOHN A. MENDEZ
United States District Judge

Dated: _____, 2014